IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Robinson, Erma

Printed: 4/22/08

Case Number: 08 B 00369
Judge: Wedoff, Eugene R
Filed: 1/9/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: March 6, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 2. | City Of Chicago | Secured | 600.00 | 0.00 |
| 3. | Ocwen Federal Bank FSB | Secured | 20,000.00 | 0.00 |
| 4. | Long Beach Mortgage Co | Secured | 13,000.00 | 0.00 |
| 5. | Peoples Energy Corp | Unsecured | 0.00 | 0.00 |
| 6. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 7. | Capital One | Unsecured |  | No Claim Filed |
| 8. | SBC | Unsecured |  | No Claim Filed |
| 9. | Fleet Financial | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 33,600.00 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | _____ |
|  | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

